UNITED STATES DISTRICT COURT
MIDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MALORIE ISON

   Plaintiff,

-vs-                                         CASE NO.:  3:18-CV-00395-BJD-JBT

ONE MAIN FINANCIAL SERVICES INC,

   Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

COME NOW the Plaintiffs, MALORIE ISON, by and through their undersigned attorneys, hereby file this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via CM/ECF on this 10th, day of May, 2018 to:  David A. Elliott, Esquire and Laura Westerman-Tanner, Esquire.

Respectfully Submitted,

/s/ Octavio Gomez
Octavio "Tav" Gomez, Esquire
Florida Bar #: 0338620
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
201 N Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 559-4845
TGomez@ForThePeople.com
JDistasio@FlorThePeople.com
Attorney for Plaintiff