UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**MALORIE ISON,**

    **Plaintiff,**

**v.**                                                   **Case No. 3:18-cv-395-J-39JBT**

**ONEMAIN FINANCIAL SERVICES, INC.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court on the Notice of Voluntary Dismissal Without Prejudice (Doc. No. 11; Notice) filed on May 10, 2018. In the Notice, Plaintiff requests dismissal of this case without prejudice. See Notice at 1.

Accordingly, it is hereby

**ORDERED:**

1. This case is **DISMISSED without prejudice**.

2. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 11th day of May, 2018.

                                          BRIAN J. DAVIS
                                          United States District Judge

**Copies furnished to:**

Counsel of Record

*ap*